**Opinion filed November 2, 2023**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-23-00135-CR

_____

## RICHARD STERLING BRENNAN, JR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 104th District Court
### Taylor County, Texas
### Trial Court Cause No. 23425-B

### M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss this appeal. The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a).

We grant Appellant's motion and dismiss the appeal.


W. STACY TROTTER

JUSTICE

November 2, 2023

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.